## (February 24, 1977)

■    BROWN'S LIMOUSINE SERVICE, INC., Appellant, v IVAN E. IRIZARRY, as Finance Administrator of the City of New York, Respondent, et al., Defendant.—Order and judgment (one paper), Supreme Court, New York County, entered on January 6, 1976, unanimously affirmed for the reasons stated by

Gellinoff, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Capozzoli, Lane and Markewich, JJ. [85 Misc 2d 280.]